**DISMISS; Opinion issued April 3, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-12-01268-CV**

**SYLVIA JACKSON, Appellant**

**V.**

**WELLS FARGO BANK, NA, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-004678-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

On February 18, 2013, appellant filed a notice of nonsuit. In her notice she states she is nonsuiting all of her claims on appeal. We treat appellant's notice of nonsuit as a motion to dismiss the appeal and **GRANT** appellant's motion. We **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121268F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SYLVIA JACKSON, Appellant

No. 05-12-01268-CV          V.

WELLS FARGO BANK, NA, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-004678-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WELLS FARGO BANK, NA recover its costs of this appeal from appellant SYLVIA JACKSON.

Judgment entered April 3, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE